UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK A. BIRGY,

    Plaintiff,

v.

    Case No. 1:16-CV-1111
    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**

Dated: September 15, 2017      /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge